# OSBORN LAW P.C.

Daniel A. Osborn, Esq. — dosborn@osbornlawpc.com
Lindsay M. Trust, Esq. — ltrust@osbornlawpc.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/2024

March 19, 2024

Granted.
SO ORDERED:
3/21/2024
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**VIA ECF**

Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Nunez Pupen v. Commissioner of Social Security*
              Civil Action No. 1:23-cv-11089-RWL

Dear Judge Lehrburger,

    We write on behalf of our client, Dominga Nunez Pupen, with the consent of the defense, to request additional time to file her motion for judgment on the pleadings which is currently due on March 27, 2024 per the Court's December 22, 2023 Standing Order. This is the parties' first request for an extension.

    After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: **June 25, 2024;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **September 23, 2024**; and

- Plaintiff to file her reply, if any, on or before: **October 7, 2024.**

43 West 43rd Street, Suite 131          Telephone 212-725-9800          osbornlawpc.com
New York, New York 10036                Facsimile  212-500-5115          info@osbornlawpc.com

Honorable Robert W. Lehrburger
March 19, 2024
Page Two

Thank you for your consideration of this request.

                          Respectfully submitted,

                          s/Daniel A. Osborn
                          Daniel A. Osborn
                          OSBORN LAW, P.C.
                          43 West 43rd Street, Suite 131
                          New York, New York 10036
                          Telephone:     212-725-9800
                          Facsimile:       212-500-5115
                          dosborn@osbornlawpc.com

cc: Jonathan King, Esq. (by ECF)